**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-7001**

ROSS MATTHEW CATAFFO,

Plaintiff - Appellant,

v.

ECONO LODGE BY WYNDHAM; SUPER 8 HOTEL,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Irene C. Berger, District Judge.  (2:25-cv-00537)

Submitted:  April 23, 2026                          Decided:  April 28, 2026

Before NIEMEYER, THACKER,  and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ross Matthew Cataffo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ross Matthew Cataffo seeks to appeal the district court's order accepting the magistrate judge's recommendation to deny relief on his complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that relief be denied and advised Cataffo that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Cataffo has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Cataffo also filed motions seeking appointment of counsel. We deny those motions and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and would not aid the decisional process.

*DISMISSED*

2